**UNITED STATES BANKRUPTCY COURT**
EASTERN **DISTRICT OF** NORTH CAROLINA
RALEIGH **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Tier One Solar, LLC | § | Case No. 17-05254-5-DMW |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Gregory B. Crampton, Ch. 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 30,691.19 | Claims Discharged<br>Without Payment: 6,612,431.30 |
| Total Expenses of Administration: 24,198.81 | |

3) Total gross receipts of $ 54,890.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 54,890.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,740,531.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,198.81 | 24,198.81 | 24,198.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,925,906.95 | 886,984.74 | 720,768.14 | 30,691.19 |
| **TOTAL DISBURSEMENTS** | $ 6,925,906.95 | $ 2,651,714.55 | $ 744,966.95 | $ 54,890.00 |

4) This case was originally filed under chapter 7 on 10/26/2017 . The case was pending for 60 months.

5) A copy of the final bank statement of the estate, reflecting a zero balance has been submitted to the United States Bankruptcy Administrator.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/03/2022 By:/s/Gregory B. Crampton, Ch. 7 Trustee
Trustee

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 46.88 acres undeveloped land | 1110-000 | 54,890.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 54,890.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | SCOTT LANDRESS OBO MUSTY, LLC | 4210-000 | NA | 1,740,531.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$** NA | **$** 1,740,531.00 | **$** 0.00 | **$** 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GREGORY B. CRAMPTON | 2100-000 | NA | 6,000.00 | 6,000.00 | 6,000.00 |
| TRUSTEE EXPENSES:GREGORY B. CRAMPTON | 2200-000 | NA | 43.12 | 43.12 | 43.12 |
| INTERNATIONAL SURETIES , LTD | 2300-000 | NA | 73.85 | 73.85 | 73.85 |
| Axos Bank | 2600-000 | NA | 997.18 | 997.18 | 997.18 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GREGORY B. CRAMPTON | 3110-000 | NA | 13,037.50 | 13,037.50 | 13,037.50 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GREGORY B. CRAMPTON | 3120-000 | NA | 86.16 | 86.16 | 86.16 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):WILLIAMS OVERMAN PIERCE, LLP | 3410-000 | NA | 3,961.00 | 3,961.00 | 3,961.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 24,198.81 | **$** 24,198.81 | **$** 24,198.81 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northhampton County<br>104 Thomas Bragg Dr<br>Jackson, NC 27845-0637 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrea Chapman<br>no address on file not on file,<br>NC 12345 | | 5,590.60 | NA | NA | 0.00 |
| | Andrew Wayne Zook<br>109 Beeston Court Cary, NC<br>27519 | | 25,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arlene Mitchell Ministries<br>10701 Nelson Ridge Court<br>Suite 203 Raleigh, NC 27617 | | 3,700.00 | NA | NA | 0.00 |
| | Brittany Edwards<br>10117 Barnhart Way Raleigh,<br>NC 27617 | | 94.98 | NA | NA | 0.00 |
| | Charles Merritt - CEM<br>Advisors<br>125 Glen Haven Drive Chapel<br>Hill, NC 27516 | | 10,000.00 | NA | NA | 0.00 |
| | Chris Dixon - Taylor Colm<br>Group<br>18812 Peninsula Club Drive<br>Cornelius, NC 28031 | | 50,000.00 | NA | NA | 0.00 |
| | Consulting Technologies<br>308 Bargate Dr. Unit H Cary,<br>NC 27511 | | 17,753.04 | NA | NA | 0.00 |
| | Eric Larson - Eric Larson<br>Trust<br>1019 Linden Ave Wilmette,<br>IL 60091 | | 250,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fennemore Craig, P.C. Attn: Officer/Managing Agent 2394 East Camelback Road, Suite 600 Phoenix, AZ 85016-3429 | | 6,529.69 | NA | NA | 0.00 |
| | Frank Borges - Landmark Partners 12250 Tillinghast Drive Palm Beach Gardens, FL 33418 | | 250,000.00 | NA | NA | 0.00 |
| | Frank Borgess c/o Landmark Partners 12250 Tillinghast Drive Palm Beach Gardens, FL 33418 | | 1,500,000.00 | NA | NA | 0.00 |
| | Helen Johnson Sampson 7845 St. Marlo Country Club Pkwy Duluth, GA 30097 | | 150,000.00 | NA | NA | 0.00 |
| | Hope MacAllister not available n/a, NC 12345 | | 25,000.00 | NA | NA | 0.00 |
| | James Mason 9212 Winged Thistle Court Raleigh, NC 27617 | | 592,887.89 | NA | NA | 0.00 |
| | James Mason 9212 Winged Thistle Court Raleigh, NC 27617 | | 1,766,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jim Lumsden<br>not available n/a, NC 12345 | | 50,000.00 | NA | NA | 0.00 |
| | Justin Sampson<br>625 Monroe St. NE Apt. 009<br>Washington, DC 20017 | | 19,938.90 | NA | NA | 0.00 |
| | Kerry Propper<br>not available na, NC 12345 | | 70,000.00 | NA | NA | 0.00 |
| | Luther Hodges - Phoenix Associates<br>P.O. Box 188 Blowing Rock, NC 28605 | | 150,000.00 | NA | NA | 0.00 |
| | Michael Jacobs - Jacobs Capital<br>719 Gimghoul Road Chapel Hill, NC 27514 | | 50,000.00 | NA | NA | 0.00 |
| | Nina Lesavoy<br>3 East 63rd Street, #2BC New York, NY 10065 | | 250,000.00 | NA | NA | 0.00 |
| | Patricia Gerrick 2005 Revocable Tr.<br>4723 Knights Arm Drive<br>Durham, NC 27707 | | 100,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patrick Hartley<br>c/o Graystone Consulting 700<br>Spring Forest Rd., Ste 201<br>Raleigh, NC 27609 | | 50,000.00 | NA | NA | 0.00 |
| | Richard Propper<br>545 Madison Avenue 14th<br>Floor New York, NY 10022 | | 35,000.00 | NA | NA | 0.00 |
| | Rite-Way Truck<br>Attn: Officer/Managing Agent<br>307 West Highway 94<br>Jefferson City, MO 65101 | | 0.00 | NA | NA | 0.00 |
| | Robert Koltun<br>545 Madison Avenue 14th<br>Floor New York, NY 10022 | | 120,000.00 | NA | NA | 0.00 |
| | Rufus Rivers - RLI Equity<br>Partners<br>7315 Wisconsin Avenue Suite<br>900 E Bethesda, MD 20814 | | 100,000.00 | NA | NA | 0.00 |
| | Scott Landress - MUTSY<br>580 Throckmorton Avenue<br>Mill Valley, CA 94941 | | 150,000.00 | NA | NA | 0.00 |
| | Shiff Harden<br>233 South Wacker Drive Suite<br>660 Chicago, IL 60606 | | 14,836.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Taylor Colm Group, Inc.<br>Attn: Officer/Managing Agent<br>18812 Peninsula Club Drive<br>Cornelius, NC 28031 | | 50,000.00 | NA | NA | 0.00 |
| | Viktor Kubit<br>17 Clearwater Point Sanford,<br>NC 27332 | | 50,000.00 | NA | NA | 0.00 |
| | Wendy Connor - Connor<br>Consulting<br>5029 Amberfield Way<br>Raleigh, NC 27604 | | 8,700.00 | NA | NA | 0.00 |
| 000004 | JAMEL MCDUFFIE | 7100-000 | 50,000.00 | 50,000.00 | 0.00 | 0.00 |
| 000003 | ROBINSON BRADSHAW & HINSON , P.A. | 7100-000 | 15,841.90 | 197,639.14 | 197,639.14 | 8,415.72 |
| 000005 | SCOTT LANDRESS | 7100-000 | 820,000.00 | 473,129.00 | 473,129.00 | 20,146.41 |
| 000002 | STUART SQUIRES | 7100-000 | 50,000.00 | 50,000.00 | 50,000.00 | 2,129.06 |
| 000001 | WILSON SONSINI GOODRICH & ROSATI | 7100-000 | 69,033.45 | 116,216.60 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 6,925,906.95 | $ 886,984.74 | $ 720,768.14 | $ 30,691.19 |

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

Case No: 17-05254-5-DMW Judge: DAVID M. WARREN

Case Name: Tier One Solar, LLC

For Period Ending: 10/03/22

Trustee Name: Gregory B. Crampton, Ch. 7 Trustee

Date Filed (f) or Converted (c): 10/26/17 (f)

341(a) Meeting Date: 11/27/17

Claims Bar Date: 11/14/20

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Yadkin Bank checking - General Operating Account negative balance | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. ABB Transformer LGE6729 - last known location is Rite-Way Truck, 307 West Highway 94, Jefferson City, MO 65101 | Unknown | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. 46.88 acres undeveloped land - Jackson Township, Northampton County, North Carolina Trustee sold at private sale per Order entered 3/23/2020 for a total purchase price of $55,000.00 (Purchasers paid all unpaid ad valorem taxes on the real property.). Trustee rec'd and deposited net proceeds of $54,890.00 from closing attorney on 8/11/2020. $110.00 (for revenue stamps) of sale proceeds were constructively received by Trustee and paid as closing settlement charges consistent with Order authorizing sale. | 200,000.00 | 0.00 | | 54,890.00 | FA | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | | |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $200,000.00 | $0.00 | | $54,890.00 | $0.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/18 Current Projected Date of Final Report (TFR): 06/30/22

# FORM 2



## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-05254-5-DMW
Case Name: Tier One Solar, LLC

Taxpayer ID No: *******5733
For Period Ending: 10/03/22

Trustee Name: Gregory B. Crampton, Ch. 7 Trustee
Bank Name: Axos Bank
Account Number / CD #: *******0186 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 2,144,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 08/11/20 | 3 | John F. McKellar Trust Account<br>PO Box 868<br>Jackson, NC 27845-0868 | Net real property sale proceeds | 54,890.00 | | | | | 54,890.00 |
| C 10/26/20 | 020001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND<br>Pro-rata share of premium, bond #016024980 | | | 37.93 | | | 54,852.07 |
| C 03/03/21 | | Axos Bank | BANK SERVICE FEE | | | | -54.70 | | 54,797.37 |
| C 04/02/21 | | Axos Bank | BANK SERVICE FEE | | | | -60.51 | | 54,736.86 |
| C 05/03/21 | | Axos Bank | BANK SERVICE FEE | | | | -58.49 | | 54,678.37 |
| C 06/01/21 | | Axos Bank | BANK SERVICE FEE | | | | -60.38 | | 54,617.99 |
| C 07/01/21 | | Axos Bank | BANK SERVICE FEE | | | | -58.36 | | 54,559.63 |
| C 08/02/21 | | Axos Bank | BANK SERVICE FEE | | | | -60.24 | | 54,499.39 |
| C 09/01/21 | | Axos Bank | BANK SERVICE FEE | | | | -60.18 | | 54,439.21 |
| C 10/01/21 | | Axos Bank | BANK SERVICE FEE | | | | -58.17 | | 54,381.04 |
| C 10/07/21 | 020002 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND<br>Pro-rata share of premium, bond #016024980 | | | 35.92 | | | 54,345.12 |
| C 11/01/21 | | Axos Bank | BANK SERVICE FEE | | | | -60.02 | | 54,285.10 |
| C 12/01/21 | | Axos Bank | BANK SERVICE FEE | | | | -58.00 | | 54,227.10 |
| C 01/03/22 | | Axos Bank | BANK SERVICE FEE | | | | -59.87 | | 54,167.23 |
| C 02/01/22 | | Axos Bank | BANK SERVICE FEE | | | | -59.81 | | 54,107.42 |
| C 03/01/22 | | Axos Bank | BANK SERVICE FEE | | | | -53.96 | | 54,053.46 |
| C 04/01/22 | | Axos Bank | BANK SERVICE FEE | | | | -59.68 | | 53,993.78 |
| C 05/02/22 | | Axos Bank | BANK SERVICE FEE | | | | -57.69 | | 53,936.09 |
| C 06/01/22 | | Axos Bank | BANK SERVICE FEE | | | | -59.55 | | 53,876.54 |
| C 07/01/22 | | Axos Bank | BANK SERVICE FEE | | | | -57.57 | | 53,818.97 |
| C 08/30/22 | 020003 | Gregory B. Crampton<br>Nicholls & Crampton, P.A. | Attorney for Trustee Fees & Expense<br>allowed per 8/25/2022 Order | | | 13,123.66 | | | 40,695.31 |

# FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-05254-5-DMW
Case Name: Tier One Solar, LLC

Taxpayer ID No: *******5733
For Period Ending: 10/03/22

Trustee Name: Gregory B. Crampton, Ch. 7 Trustee
Bank Name: Axos Bank
Account Number / CD #: *******0186 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 2,144,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | P.O. Box 18237<br>Raleigh, NC 27619 | | | | | | | |
| C 08/30/22 | 020004 | Williams Overman Pierce, LLP<br>2501 Atrium Drive, #500<br>Raleigh, NC 27607. | Accountant Fees<br>allowed per 8/25/2022 Order | | | 3,961.00 | | | 36,734.31 |
| C 08/30/22 | 020005 | Gregory B. Crampton<br>Nicholls & Crampton, P.A.<br>P.O. Box 18237<br>Raleigh, NC 27619 | Trustee Commission & Expenses<br>allowed per 8/25/2022 Order | | | 6,043.12 | | | 30,691.19 |
| C 08/30/22 | 020006 | Stuart Squires<br>447 Shawcroft Road<br>Fayetteville, NC 28311 | Unsecured Claim No. 2<br>Pro rata distribution | | | 2,129.06 | | | 28,562.13 |
| C 08/30/22 | 020007 | Robinson Bradshaw & Hinson , P.A.<br>101 North Tryson Street, Suite 1900<br>Charlotte, NC 28246 | Unsecured Claim No. 3<br>Pro rata distribution | | | 8,415.72 | | | 20,146.41 |
| C 08/30/22 | 020008 | Scott Landress<br>c/o Tiffany Breeneman<br>Perotti and Carrade CPA's<br>1 McInnis Parkway, Suite 200<br>San Rafael, CA 94903 | Unsecured Claim No. 5<br>Pro rata distribution | | | 20,146.41 | | | 0.00 |

*** Reversed**
**t Funds Transfer**
**C Bank Cleared**

Account *******0186

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 54,890.00 | 8 | Checks | 53,892.82 |
| 0 | Interest Postings | 0.00 | 17 | Adjustments Out | 997.18 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 54,890.00 | | Total | $ 54,890.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 54,890.00 | | | |

**FORM 2**

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-05254-5-DMW
Case Name: Tier One Solar, LLC

Taxpayer ID No: *******5733
For Period Ending: 10/03/22

Trustee Name: Gregory B. Crampton, Ch. 7 Trustee
Bank Name: Axos Bank
Account Number / CD #: *******0186 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 2,144,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |